```
                                              FILED
1  BENJAMIN B. WAGNER                       MAY 31 2012
   United States Attorney
2  MICHAEL D. ANDERSON              CLERK, U.S. DISTRICT COURT
   Assistant U.S. Attorney          EASTERN DISTRICT OF CALIFORNIA
3  501 I Street, Suite 10-100       BY _____
   Sacramento, California  95814            DEPUTY CLERK
4  Telephone: (916) 554-2891
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0207 LKK |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| RYAN McGOWEN, et al., | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys WILLIAM S. WONG and MICHAEL D. ANDERSON to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 5-31-2012

EDMUND F. BRENNAN
United States Magistrate Judge

1