BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RYAN McGOWAN,
ROBERT SNELLINGS
ULYSSES SIMPSON GRANT
    EARLY, IV, and
THOMAS LU,

    Defendants.

CASE NO. 2:12-cr-207-LKK

**APPLICATION FOR UNSEALING INDICTMENT**

FILED
JUN 0 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

On November 2, 2011, the Court ordered the above-referenced indictment and case sealed. It is no longer necessary for the indictment to be sealed. The government respectfully requests that the case be unsealed.

DATED: May 31, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: _____
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant U.S. Attorneys

1