**FILED**

JUN - 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    2:12-cr-00207-LKK

                    Plaintiff,

        vs.                                  UNSECURED APPEARANCE BOND

RYAN MC GOWAN,

                    Defendant.
_____/

I, RYAN MC GOWAN, the undersigned defendant and/or surety, acknowledge that I/we are bound to pay the United States of America the sum of $ 50,000.00.

As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment

1   may be entered against defendant for the amount above stated together with interest and costs, and

2   execution may be issued and payment secured as provided by the Federal Rules of Criminal

3   Procedure and other laws of the United States.

4       It is agreed and understood that this is a continuing bond which shall remain in full force and

5   effect until such time as the undersigned is duly exonerated.

6   DATED:

8                     DEFENDANT

9

10                    CITY & STATE

12                    SURETY

14                    CITY & STATE

16                    SURETY

18                    CITY & STATE

20                    SURETY

22                    CITY & STATE