UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>v. )<br>)<br>RYAN MC GOWAN, )<br>     Defendant. )<br>)<br>_____ ) | Case No. 2:12-cr-00207-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RYAN MC GOWAN, Case No. 2:12-cr-00207-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    ___    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/01/2012 at 2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge