LAW OFFICES OF CHRIS COSCA
Chris Cosca     SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
916-440-1010
Attorney for Defendant
RYAN McGOWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN McGOWAN, ET AL.,<br><br>Defendant. | No.  2:12-CR-00207 TLN<br><br>DEFENDANT RYAN McGOWAN'S JOINDER IN CODEFENDANT EARLY'S MOTION TO DISMISS |

Defendant RYAN McGOWAN hereby joins codefendant ULYSSES SIMPSON GRANT EARLY, IV's Motion to Dismiss- Failure to State an Offense (ECF Docket Entry 93). Specifically, for the same reasons stated in Defendant EARLY'S Motion to Dismiss Count Six of the Indictment, Defendant RYAN McGOWAN moves for an order dismissing Count Two of the Indictment.  Counts Two and Six allege the same offense, Conspiracy to Make a False Statement With Respect to Firearm Records; Defendant McGOWAN is named in Count Two while Defendant EARLY is named in Count Six.

///

///

///

1

1  DATED:  October 14, 2013  Respectfully submitted,

2

3

4  /s/ Chris Cosca
   CHRIS COSCA
5  Attorney for Defendant
   RYAN McGOWAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28