1  LAW OFFICES OF CHRIS COSCA
   CHRIS COSCA      (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   RYAN McGOWAN

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           2:12-CR-0207 TLN

11                    Plaintiff,        **STIPULATION TO VACATE AND
                                        RESET TRIAL DATE AND
12  v.                                  EXCLUDE TIME PERIODS UNDER
                                        SPEEDY TRIAL ACT; FINDINGS
13  RYAN McGOWAN, et al.,               AND ORDER**

14                    Defendants.

15

16                        **STIPULATION**

17        Plaintiff United States of America, by and through its counsel of record, and defendants, by

18  and through their counsel of record, hereby stipulate as follows:

19        1.       By previous order, the court set this matter for Jury Trial on August 4, 2014; the court

20

21  also set a Trial Confirmation Hearing for July 10, 2014, and a Motions in Limine Hearing for July

22  25, 2014.

23        2.       By this stipulation, defendants now move to vacate these dates and reset each as

24  follows: Jury Trial- September 29, 2014 at 9:00 AM; Trial Confirmation Hearing- August 28, 2014

25  at 9:30 AM; and Motions in Limine Hearing- September 18, 2014 at 9:30 AM.

26        3.       The parties further stipulate to exclude time between August 4, 2014 and September

27

28  USA v. McGOWAN, et al
    2:12-cr-0207
    Stip and Order Excluding Time

29, 2014 under Local Codes T2 and T4.  Plaintiff does not oppose this request.

      3.      The parties agree and stipulate, and request that the Court find the following:

      a.      Counsel for defendant McGowan was not present at the last hearing when dates were set. These dates present a conflict to counsel for McGowan due to another case set for trial in the Eastern District of California. Counsel for McGowan cannot effectively prepare for trial unless it is reset as requested.

      b.      On October 15, 2013, the United States Supreme Court granted a petition for certiorari in *Abramski v. United States*, Case No. 12-1493. The issues presented in *Abramski* are similar to the issues in this case. The *Abramski* decision will likely impact evidentiary and legal issues in this case.

      c.      Discovery in this case is voluminous. To date, the government has produced 2,110 pages of bates stamped discovery and 27 CD/DVDs, many of which include lengthy interviews. The government has also made available for inspection and copying approximately 15 boxes of evidence seized pursuant to search warrants.

      d.      Counsel for defendants desire additional time to review and copy discovery, to conduct additional investigation, and to prepare for trial after the Supreme Court issues a decision in the *Abramski* case.

      e.      Counsel for defendants believe that failure to grant this request would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f.      The government does not object to the continuance.

      g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

USA v. McGOWAN, et al
2:12-cr-0207
Stip and Order Excluding Time

h.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

seq., within which trial must commence, the time period of August 4, 2014 to September 29, 2014,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(ii) and (iv),

corresponding to Local Codes T2 and T4, because it results from a continuance granted by the Court

at defendant's request on the basis of the Court's finding that the ends of justice served by taking

such action outweigh the best interest of the public and the defendants in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which

a trial must commence.

6.      All attorneys have authorized Chris Cosca to sign their names to this stipulation.

IT IS SO STIPULATED.


DATED:      December 4, 2013      /s/ Chris Cosca for_____
                                 WILLIAM WONG
                                 Assistant United States Attorney

DATED:      December 4, 2013      /s/ Chris Cosca for_____
                                 DONALD KILMER, JR.
                                 Counsel for Defendant Ulysses Simpson Grant Early, IV

DATED:      December 4, 2013      /s/ Chris Cosca for _____
                                 JAMES GOODWIN
                                 Counsel for Defendant Robert Snellings

DATED:      December 4, 2013      /s/ Chris Cosca_____
                                 CHRIS COSCA
                                 Counsel for Defendant Ryan McGowan

USA v. McGOWAN, et al
2:12-cr-0207
Stip and Order Excluding Time

1

**O R D E R**

2

IT IS SO FOUND AND ORDERED this 4th day of December, 2013.

3

4

5

6

_____

7

Troy L. Nunley
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. McGOWAN, et al
2:12-cr-0207
Stip and Order Excluding Time