1    PATRICK K. HANLY (Bar #128521)
     431 I Street Suite 201
2    Sacramento, CA  95814
     Telephone:  (916) 773-2211
3    Facsimile:   (916) 440-9610

4    Attorney for Defendant
     Robert Snellings

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  CR. S-12-0207  TLN

12                        Plaintiff,      **STIPULATION AND ORDER
                                          REGARDING EXTENSION OF
13   v.                                   TIME TO FILE NEW TRIAL
                                          MOTON**
14   ROBERT SNELLINGS  and
     RYAN MCGOWAN,

15
                          Defendants,
16

17

18                            **STIPULATION**

19        IT IS HEREBY STIPULATED by and between the parties and their respective counsel that

20   defendants SNELLINGS and MCGOWAN may have until July 13, 2015 to file a new trial motion in

21   the above case.  The government shall file its response on or before August 7, 2015.

22            **IT IS SO STIPULATED**.

23                                        United States Attorney

24   DATED: June 16, 2015        by:      /s/William Wong
25                                        Assistant United States Attorney

26

27

28                                                                            1
     STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
     *U.S. v. McGowan et al*, CR. S-12-0207 TLN

1    DATED: June 16, 2015                    /s/ Patrick K. Hanly
                                             Counsel for Defendant
2                                            Robert Snellings

3
     DATED: June 16, 2015                    /s/ Chris Cosca
4                                            Counsel for Defendant
                                             Ryan McGowan
5

6                              **O R D E R**

7

       **IT IS SO FOUND AND ORDERED** this 17th day of June, 2015.
8

9

10

11   _____
                                     Troy L. Nunley
12                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                      2
     STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
     *U.S. v. McGowan et al*, CR. S-12-0207 TLN