1  BENJAMIN B. WAGNER
United States Attorney
2  WILLIAM S. WONG
MICHAEL D. ANDERSON
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA 95814
Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
Attorneys for Plaintiff
7  United States of America

8

9                 IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-0207 TLN

                           Plaintiff,  STIPULATION TO RESCHEDULE FILING
13                                      DATES REGARDING MOTION FOR NEW TRIAL
                     v.                 FINDINGS AND ORDER
14
RYAN McGOWAN, and                       DATE: October 8, 2015
15  ROBERT SNELLINGS,                   TIME: 9:30 a.m.
                                        COURT: Hon. Troy L. Nunley
16                         Defendants.

17

18                            **STIPULATION**

19

20      Plaintiff United States of America, by and through its counsel of record, defendant Ryan

McGowan, by and through his counsel of record, Christopher Cosca, and defendant Robert Snellings, by

21  and through his counsel of record, Patrick K.  Hanly, for reasons stated herein hereby stipulate as

22  follows:

23

24      1.      By previous order, the Government's Opposition was due on August 31, 2015.

25      2.      By this stipulation, the Government's Opposition is now due on September 10, 2015;

26      3.      By this stipulation, the Defendants' Reply, if any, is now due on October 1, 2015;

27      4.      Hearing on Defendants' motion to remain as previously set for October 8, 2015, at 9:30

28              AM;

5.      Judgment and Sentencing previously set for October 8, 2015, be changed to a status conference regarding the setting of a new sentencing hearing date to be determined by the court.

Patrick Hanly, counsel for defendant Robert Snellings, will be out of the country from September 8, 2015 to September 24, 2015.  At the request of the defense, the government has no objection to modifying the filing schedule as it relates to the defendants' motion for new a trial.  Additionally, the defense respectfully requests that the court change the sentencing hearing presently scheduled for October 8, 2015, to a status conference for the purpose of scheduling a future sentencing hearing date as determined by the court.

IT IS SO STIPULATED.

Dated:  August 26, 2015                           BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ WILLIAM S. WONG
                                                  WILLIAM S. WONG
                                                  Assistant United States Attorney


Dated:  August 26, 2015                           /s/ Patrick Hanly
                                                  Patrick Hanly
                                                  Counsel for Defendant
                                                  Robert Snellings

Dated:  August 26, 2015                           /s/ Christopher Cosca
                                                  Christopher Cosca
                                                  Counsel for Defendant
                                                  Ryan McGowan

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of August, 2015.


_____
Troy L. Nunley
United States District Judge