BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>RYAN McGOWAN, and<br>ROBERT SNELLINGS,<br><br>                              Defendants. | CASE NO. 2:12-CR-0207 TLN<br><br>AMENDED STIPULATION TO RESCHEDULE FILING DATES REGARDING MOTION FOR NEW TRIAL  FINDINGS AND ORDER<br><br>DATE: October 22, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant Ryan McGowan, by and through his counsel of record, Christopher Cosca, and defendant Robert Snellings, by and through his counsel of record, Patrick K. Hanly, for reasons stated herein hereby stipulate as follows:

1. By previous order, the Government's Opposition was due on October 5, 2015;

2. By this stipulation, the Government's Opposition is now due on October 9, 2015;

3. By this stipulation, the Defendants' Reply, if any, is now due on October 23, 2015;

4. Hearing on Defendants' motion is now set for November 5, 2015, at 9:30 a.m.;

STIPULATION AND [PROPOSED] ORDER
REGARDING GOVERNMENT'S EXTENSION

1

5. Status of Judgment and Sentencing previously set for October 22, 2015, be changed to November 5, 2015, at 9:30 a.m..

All counsel has agreed to this stipulation. As indicated in a prior stipulation, Patrick Hanly, counsel for defendant Robert Snellings, is out of the country until September 24, 2015. In addition, William Wong, lead counsel for the government, has been out of the office for family related medical reasons at various times over the last month and anticipates taking additional time as needed for the same reason. This amended stipulation is necessary to reflect the filing and hearing date as stipulated by the parties.

IT IS SO STIPULATED.

Dated: September 22, 2015                              BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       /s/ William S. Wong
                                                       WILLIAM S. WONG
                                                       Assistant United States Attorney


Dated: September 22, 2015                              /s/ PATRICK HANLY
                                                       PATRICK HANLY
                                                       Counsel for Defendant
                                                       Robert Snellings

Dated: September 22, 2015                              /s/ Christopher Cosca
                                                       CHRISTOPHER COSCA
                                                       Counsel for Defendant
                                                       Ryan McGowan

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of September, 2015.

                                                       Troy L. Nunley
                                                       United States District Judge