BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN McGOWAN, and<br>ROBERT SNELLINGS,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:12-CR-0207-TLN<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR THE GOVERNMENT TO FILE ITS OPPOSITION TO NEW TRIAL MOTION |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties and their respective counsel that the government may have until October 16, 2015 to file its Opposition in the above case. The reason for this request is counsel for the government has the flu, sore throat, constant coughing, and occasional chills with higher than usual temperature.

The defense reserves the right to request additional time to file its reply and/or to request a new hearing date with additional time to file its reply. The government agrees not to oppose the defense request. All other dates, including the hearing date, shall remain as previously ordered.

IT IS SO STIPULATED.

STIPULATION AND ORDER REGARDING
GOVERNMENT'S EXTENSION

1

Dated: October 13, 2015				BENJAMIN B. WAGNER
						United States Attorney


						/s/ WILLIAM S. WONG
						WILLIAM S. WONG
						Assistant United States Attorney


Dated: October 13, 2015				/s/ Patrick Hanly
						Patrick Hanly
						Counsel for Defendant
						Robert Snellings

Dated: October 13, 2015				/s/ Christopher Cosca
						Christopher Cosca
						Counsel for Defendant
						Ryan McGowan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of October, 2015.

						_____
						Troy L. Nunley
						United States District Judge

STIPULATION AND ORDER REGARDING
GOVERNMENT'S EXTENSION

2