BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN McGOWAN, and<br>ROBERT SNELLINGS,<br><br>Defendants. | CASE NO.  2:12-CR-0207 TLN<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR THE GOVERNMENT TO FILE ITS OPPOSITION TO NEW TRIAL MOTION |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties and their respective counsel that the government may have until October 23, 2015 to file its Opposition in the above case. The defense shall have until November 6, 2015 to file its Reply. After checking with the courtroom clerk, the parties respectfully request that the Hearing date be changed to November 19, 2015, at 9:30 AM. The reason for this request is counsel for the government has the flu, sore throat, and constant coughing. Counsel for the government uses Dragon, a voice recognition word processing software. Because of the flu symptoms, counsel's voice has changed and the constant coughing has made word processing very difficult.

The government will not oppose supervised release or bail conditions for the defendants pending appeal.

STIPULATION AND ORDER REGARDING
GOVERNMENT'S EXTENSION

1

IT IS SO STIPULATED.

Dated: October 16, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ WILLIAM S. WONG
WILLIAM S. WONG
Assistant United States Attorney

Dated: October 16, 2015

/s/ Patrick Hanly
Patrick Hanly
Counsel for Defendant
Robert Snellings

Dated: October 16, 2015

/s/ Christopher Cosca
Christopher Cosca
Counsel for Defendant
Ryan McGowan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of October, 2015.

Troy L. Nunley
United States District Judge