1 BENJAMIN B. WAGNER
United States Attorney
2 WILLIAM S. WONG
MICHAEL D. ANDERSON
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone:  (916) 554-2700
5 Facsimile:   (916) 554-2900

6

Attorneys for Plaintiff
7 United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                          CASE NO.  2:12-CR-0207 TLN

12                                 Plaintiff,          ORDER GRANTING GOVERNMENT'S
                                                       APPLICATION TO FILE CORRECTED BRIEF
13                      v.

14 RYAN MCGOWAN, and,
ROBERT SNELLINGS,
15
                                Defendants.
16

17
           The government's application to file a corrected brief is GRANTED.  The government shall file
18
the brief attached as Exhibit A to its application forthwith.
19

20 Dated:  November 9, 2015

21

22                                                     _____
                                                       Troy L. Nunley
23                                                     United States District Judge

24

25

26

27

28