UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN MCGOWAN,<br><br>  Defendant. | No. 2:12-cr-00207-TLN<br><br>**ORDER RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN MCGOWAN,<br><br>  Defendant.<br><br>JP Morgan Chase Bank, N.A.,<br>(and its successors and assignees)<br>  Garnishee. | No. 2:16-mc-00169-MCE-CKD |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a)(1). The actions involve the same parties and are based on the same or similar claims, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a

1

substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge.  No consolidation of the actions is affected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:16-mc-00169-MCE-CKD is hereby reassigned to District Judge Troy L. Nunley for all further proceedings.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:16-mc-00169-TLN.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: October 21, 2016

Troy L. Nunley
United States District Judge