**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Ryan McGowan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RYAN MCGOWAN<br><br>　　　　Defendants. | Case No: CR.S-12-207 TLN<br><br>**STIPULATION DROPPING MATTER FROM CALENDAR; ORDER**<br><br>Date: 1/5/2017<br>Time: 9:30 a.m.<br>Courtroom: TLN |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

The above referenced matter is presently on appeal before the Ninth Circuit Court of Appeal in case no. USCA 16-10300. Because the matter is on appeal, the parties agree and so stipulate that further proceedings in this Court are unnecessary

-1-

and that the scheduling of a status conference was improvident.

DATED January 2, 2017                Respectfully submitted,


                                     /s/Michael B. Bigelow
                                     MICHAEL B. BIGELOW
                                     Attorney for Defendant/Appellant


**IT IS SO STIPULATED.**

                                     Phil Talbot
                                     Acting United States Attorney

DATED: January 2, 2017               By:  /s/ Michael Anderson
                                          MICHAEL ANDERSON, AUSA


DATED: January 2, 2017               /s/ Michael B. Bigelow
                                     Counsel for Defendant/
                                     Appellant

**ORDER**

**IT IS SO ORDERED.**

Dated: January 3, 2017               _____
                                     Troy L. Nunley
                                     United States District Judge