**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Defendant
Ryan McGowan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff   )<br>)<br>   vs.            )<br>)<br>)<br>RYAN MCGOWAN         )<br>)<br>        Defendant   ) | No. 2:12-cr-207-TLN<br><br>STIPULATION AND ORDER<br>MODIFYING CONDITIONS<br>OF RELEASE |

     For the reasons stated below, defendant, Ryan McGowan, alone, through counsel, and the Government, through counsel, Assistant United States Attorney, Michael Anderson, stipulate that Mr. McGowan's condition of release may be modified to delete the requirement of Drug Testing. This stipulation has been discussed with Pre-trial Services Officer, Darryl Walker, who is presently supervising McGowan, and he concurs.

     By this Court's previous order McGowan was placed released on conditions and Pre-Trial supervision. Those conditions have included Drug Testing. It is Mr. Walker's considered opinion that Drug Testing is no longer required. All other conditions of

-1-

release, as reflected in the previously issued memorandum of conditions prepared by Pre-Trial Services shall remain in full force and effect.

Dated: February 15, 2018                Respectfully submitted,

                                        /s/MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Defendant

**IT IS SO STIPULATED**

DATED: February 15, 2018         /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant McGowan

DATED: February 15, 2018         /s/MICHAEL ANDERSON
                                 Michael Anderson
                                 Assistant United States Attorney

**IT IS SO ORDERED**

Dated: February 20, 2018

_____
Troy L. Nunley
United States District Judge