MCGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0207-TLN |
| Plaintiff, | STIPULATION REGARDING SELF SURRENDER |
| v. | DATE: N/A |
| RYAN MCGOWAN, | TIME: N/A |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Ryan McGowan is currently released on bail pending appeal pursuant to 18 U.S.C. § 3143(b).

2. On August 20, 2018, the Ninth Circuit issued a memorandum of disposition affirming the defendant's sentence.

3. On September 11, 2018, the circuit court's mandate was filed with this Court. ECF No. 448.

4. As a result of the circuit court's affirmance of the sentence, the defendant no longer meets the statutory requirements for bail pending appeal. See 18 U.S.C. § 3143(b).

5. The parties agree that a self-surrender date of November 13, 2018, will give the

STIPULATION REGARDING SELF-SURRENDER    1

defendant sufficient time to make arrangements and to put his affairs in order.

6. Therefore, the parties agree and stipulate, and request that, the Court order that the defendant self-surrender no later than Tuesday, November 13, 2018 at 2:00 p.m. to the facility designated by the Bureau of Prisons, or to the nearest U.S. Marshall's Office.

7. The parties further stipulate and agree that a willful failure to appear on that date will constitute a separate felony violation, punishable by a consecutive term of imprisonment and/or a fine.

8. Counsel for the defendant further represents that he has discussed the foregoing stipulation and proposed order with the defendant and that the defendant understands and agrees with each of the stipulations set forth herein, and has authorized counsel to stipulate on his behalf.

IT IS SO STIPULATED.

Dated: September 14, 2018　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: September 14, 2018　　　　　　　　/s/ CHRIS COSCA
　　　　　　　　　　　　　　　　　　　　　CHRIS COSCA
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　RYAN MCGOWAN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge